## Terrance GRIFFIN, Plaintiff–Appellant,

v.

## Elizabeth HOLCOMB; Rachel Laddaga; Grealin Frazier; William Brightharp; John/Jane Doe, Doctor Lieber CI, Defendants–Appellees.

### No. 15–6150.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 22, 2015.

Terrance Griffin, Appellant Pro Se. Lydia L. Magee, Marian Williams Scalise, Bruce Hendricks Smith, Richardson, Plowden & Robinson, PA, Myrtle Beach, South Carolina; Elloree Ann Ganes, Robert Holmes Hood, Jr., Robert Holmes Hood, Benjamin Houston Joyce, Hood Law Firm, Charleston, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffin v. Holcomb,* No. 0:13–cv–02694–MGL, 2015 WL 249395 (D.S.C. Jan. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*